IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KAREN BRUCE**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2018 CV 7396 |
| | ) | |
| vs. | ) | Judge: |
| | ) | |
| **OTIS ELEVATOR** and **MARRIOTT INTERNATIONAL, INC.**, a./k/a **RENAISSANCE HOTEL**, | ) ) ) | Magistrate Judge: |
| | ) | |
| Defendants. | ) | |

### JURY DEMAND

Defendants, **MARRIOTT INTERNATIONAL, INC.** and **RENAISSANCE HOTEL OPERATING COMPANY, incorrectly sued herein as Marriott International, Inc.**, hereby demand trial by jury.

DATED: November 7, 29018

JOHNSON & BELL, LTD.

By: /s/Robert M. Burke
Robert M. Burke, One of the
Attorneys for Marriott International, Inc. and
Renaissance Hotel Operating Company

Robert M. Burke, #6187403
JOHNSON & BELL, LTD.
Attorneys for Defendants
Suite 2700
33 West Monroe Street
Chicago, Illinois 60603
(312) 372-0770
e-mail: Burker@jbltd.com